IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEODIS RANDLE                                                                   PLAINTIFF

v.                                   No. 4:18CV00152 JLH-JTK

DOES                                                                           DEFENDANTS

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 26th day of February, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE